IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| VINCENT X. LEE, Register No. 37915, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4108-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, Superintendent, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 18, 2006, plaintiff filed a motion for leave to submit exhibits in support of his claims. Plaintiff's complaint was dismissed by this court on November 10, 2005, and plaintiff subsequently filed an appeal to the United States Court of Appeals for the Eighth Circuit. Because plaintiff's complaint is currently pending before the appellate court, this court lacks jurisdiction to rule on the merits of plaintiff's motion. Accordingly, it is

ORDERED that plaintiff's motion for leave to file exhibits is denied, without prejudice, for lack of jurisdiction by this court. [34]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 18, 2006
Jefferson City, Missouri